

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

KARUPPANAN SEKAR,
    Debtor

Ch. 7
19-41890-EDK

## Proceeding Memorandum and Order

**MATTER:**

#104 Motion of Raviraj Natarajan for Relief from Automatic Stay
#105 Brief in Support of Relief from Stay filed by Movant

**Decision set forth more fully as follows:**
Granted; proposed order to be submitted by Movant.

Dated: 5/20/2021

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge